AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 07 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
9 Red Wing Ave.,
Las Cruces, NM 88012

Case No. 25-1320 MR

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and fully incorporated herein by reference.

located in the ___State and___ District of ___New Mexico___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached and fully incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325 (a)(2) | Eludes examination or inspection by immigration officers |

The application is based on these facts:
See Attachment C, attached and fully incorporated herein by reference.

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Adam Bloomfield Border Patrol Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone___ *(specify reliable electronic means)*.

Date: 08/07/2025

*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory J. Fouratt, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The residence at 9 Red Wing Ave., Las Cruces, New Mexico 88012, is near the intersection of N Holman Rd. and 9 Red Wing Ave., in Las Cruces, New Mexico. The residence is the 3rd trailer to the east of Holman Rd. The single-family trailer home is light brown in color, with dark brown trim and wooden stairs leading to the front door. The front door faces south and is accessible by wooden stairs. The residence is sitting on a dirt plot and is adjacent to the dirt road within the trailer lot. This is the only trailer on its plot, but there are trailers to the north, south, and west of the property. The picture below was taken on August 07, 2025, at approximately 10:00 a.m., when agents arrived on scene.





9 Red Wing Ave., Las Cruces, New Mexico 88012

## ATTACHMENT B

## DESCRIPTION OF PROPERTY TO BE SEIZED

Evidence of a violation of 8 USC § 1325(a)(2), Eluding Inspection, including the following:

1. The person of Jose Angel OCON Estrada.

## ATTACHMENT C
## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Adam Bloomfield, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41(c)(4) of the Federal Rules of Criminal Procedure for a warrant to search the premises located at 9 Red Wing Ave., Las Cruces, NM 88012 hereinafter "the Subject Premises," further described in Attachment A for Jose Angel OCON-Estrada.

2. I am a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) and have been so since September 15, 2011. I am assigned to the human smuggling investigative group in Las Cruces, New Mexico. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

3. During my career as a Border Patrol Agent, I have conducted numerous criminal investigations concerning violations of the federal immigration laws and have received ongoing training in conducting such investigations.

4. I make this affidavit based upon my own personal knowledge, which is substantially derived from my participation in the investigation, as well as that of fellow agents and officers who have participated in the investigation.

5.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.  I believe there is probable cause that OCON-Estrada is present and resides at the Subject Premises, and the facts that support my belief are as follows: On July 27, 2025, Homeland Security Investigation (HSI) Special Agents (SA) in Las Cruces received a tip alleging that Jose Angel OCON-Estrada is in the country illegally and is assisting others to pass through the area and aiding them in traveling further into the country.

7.  Upon further investigation, HSI SAs were able to fully identify the subject as Jose Angel OCON-Estrada with a date of birth of July 23, 1969. Record checks revealed OCON-Estrada is an undocumented alien who was granted a voluntary return to Mexico in July of 2025 and is now illegally present in the United States.

8.  On August 7, 2025, HSI SAs, Las Cruces Border Patrol Agents (BPAs), and ERO Officer, arrived at 9 Red Wing Ave., Las Cruces, NM 88012, to conduct a knock and talk. Upon arrival, HSI SA and ERO Officer observed and approached a male subject for a casual encounter in the back yard of the subject premises.

9.  HSI SA and ERO Officer identified themselves as Special Agents and questioned OCON-Estrada as to his name and stated his name was Jose. HSI SA and ERO Officer immediately recognized OCON-Estrada, by photograph, as the person who was granted a voluntary return to Mexico and as being illegally present in the United States. HSI SA and ERO Officer could not attempt to apprehend OCON-Estrada because there was a fence between them

and OCONA-Estrada and there were two large dogs on the other side of the fence. HSI SA and ERO Officer asked OCON-Estrada to meet them in the front yard to which OCON-Estrada then put his head down and walked towards the trailer and entered the residence, while ignoring commands from HSI SA.

10. HSI SAs, BPAs, and ERO conducted the knock and talk and advised OCON-Estrada through a screened window to come out because he is illegally present in the United States. OCON-Estrada refused to open the door for agents who were knocking, and agents subsequently established a perimeter around the residence to secure a search warrant. OCONA-Estrada's efforts thwarted immigration officers' efforts to conduct an immigration examination inspection.

## CONCLUSION

11. Based on the aforementioned information, I submit that probable cause exists to search the Subject Premises, further described in Attachment A, for OCON-Estrada pursuant to Rule 41(c)(4) of the Federal Rules of Criminal Procedure. This affidavit has been reviewed by Assistant United States Attorney Randy Castellano.

Respectfully submitted,

_____
Adam Bloomfield
Border Patrol Agent

3

Electronically signed and telephonically sworn on ___8/7/25___.

_____
UNITED STATES MAGISTRATE JUDGE

4